UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUS BIESENBACH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JANE DOE,<br><br>　　　　　Defendant. | Case No. 4:23-cv-02351-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 21 |

On May 15, 2023, Plaintiff filed this civil action and application to proceed *in forma pauperis*. On October 23, 2023, the Court granted Plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient on the grounds that Plaintiff had failed to set forth a short and plain statement of the claim showing that the pleader is entitled to relief. (Dkt. No. 21 at 8.) The Court ordered Plaintiff to file a second amended complaint that provided the legal and factual basis for all claims by November 30, 2023. *Id.* The Court warned that the failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. *Id.* To date, Plaintiff has not filed an amended complaint.

Accordingly, the Court ORDERS Plaintiff to show cause, by **January 12, 2024**, why the case should not be dismissed for failure to prosecute, and why he did not timely file the second amended complaint. Additionally, Plaintiff shall file the second amended complaint. Failure to respond to the order to show cause and file the amended complaint by the deadline will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute and/or failure to follow a court order. Alternatively, Plaintiff may file a voluntary dismissal.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: December 12, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge